PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Connell Danny Beasley                    Case Number: 3:09-00205-01

Name of Judicial Officer: The Honorable William J. Haynes, Chief U.S. District Judge

Date of Original Sentence: September 10, 2010

Original Offense: 18 U.S.C. § 1361, Lesser included offense of Destruction of Government Property

Original Sentence: 5 years' probation

Type of Supervision: Probation           Date Supervision Commenced: September 10, 2010

Assistant U.S. Attorney: To be assigned   Defense Attorney: C. Douglas Thoresen

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 26th day of July, 2013,
and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date     July 18, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

On July 17, 2013, Connell Danny Beasley was arrested for Aggravated Assault by the Metropolitan Police Department, Nashville, Tennessee. The victim signed the affidavit on July 17, 2013. According to the affidavit, on March 18, 2013, the victim was working as a bar manager at FooBar when she observed a fight break out in the parking lot between some patrons. One of the patrons involved was Connell Beasley. After the fight broke up, Mr. Beasley, returned inside the bar. The victim told Mr. Beasley to leave due to him fighting. Mr. Beasley refused to do so and was asked a second time. The victim states she was grabbed by the neck, lifted off the ground, and pulled out of the bar into the parking lot. The defendant shoved her against the wall. Several other patrons and employees who witnessed the assault, separated them outside. The victim and one other knew Mr. Beasley personally since he was a former employee of the bar. The victim was taken to the hospital by another employee and was treated for a broken collarbone and a torn rotator cuff. Mr. Beasley posted a $25,000 bond and is to appear in the Davidson County General Sessions Court on August 7, 2013 for his initial appearance, warrant number GS640292.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer has communicated with Detective Mathis, Metropolitan Police Department, regarding why a warrant was being taken out on July 17, 2013, for an offense that took place on March 18, 2013. Detective Mathis states the victim only wanted to file a workman's compensation claim through the bar where she works, however, she was told by the insurance company they would not pay for any medical claims unless it was investigated by the police department.

On July 18, 2013, this officer spoke with Connell Beasley. Mr. Beasley states he consumed 12 beers prior to arriving at the bar and was upset due to the recent passing of his father and the deployment of his brother to Afghanistan. He was familiar with the victim who was also the manager at the bar he worked at in 2008. Mr. Beasley states he got into an altercation with another patron, they were separated, and he returned inside the bar. Mr. Beasley acknowledges he was told to leave and that he, "brushed against her, pushed her into the doorway, and out the door." Mr. Beasley states it was his fault but would not state fully what exactly he did, advising he was really too drunk to remember. Mr. Beasley states he has only had one glass of wine since the alleged incident and occasionally attends AA meetings on his own when he feels the urge to drink. Mr. Beasley states he was in need of alcohol

counseling, and when asked why, he advised to stay out of jail.

Mr. Beasley is currently employed and lives alone. He started outpatient counseling while he was on pretrial supervision on August 1, 2009, and completed while being supervised on probation on March 7, 2011.

**U.S. Probation Officer Recommendation:**

Although this office considers aggravated assault a serious risk issue, this office has not been able to confirm information with the victim at this time. It is recommended that Mr. Beasley be continued on supervised release. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer